AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
ULISES ALDAZ

Defendant

)  Case: 1:23-cr-00073
)  Assigned to: Judge Kollar-Kotelly, Colleen
)  Assign Date: 4/6/2023
)  Description: SUPERSEDING INDICTMENT (B)
)  Related Case No: 23-cr-00073 (CKK)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ULISES ALDAZ
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☒ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 USC § 846 - Conspiracy to Distribute and Possess With Intent to Distribute Four Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl;
FORFEITURE: 21 USC § 853(p); and 28 USC § 2461(c)'

Date: 04/06/2023

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2023.04.06 15:31:07 -04'00'

*Issuing officer's signature*

City and state: WASHINGTON, D.C.

ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 05/03/2023, and the person was arrested on *(date)* 06/22/2023
at *(city and state)*

Date: 12/7/2023

*Arresting officer's signature*

LUIS FLORES   DUSM
*Printed name and title*

Shedelle Dorsett
Digitally signed by Shedelle Dorsett
Date: 2023.04.11 15:02:38 -04'00'

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia
ANGELA D. CAESAR, CLERK